IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT T. POTCHEN,

      Appellant,

 v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE FOR
RESIDENTIAL FUNDING MORTGAGE
SECURITIES I, INC., MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2007-S9, WACHOVIA BANK
NATIONAL ASSOCIATION, ET AL.,

      Appellees.
_____/

Case No.  5D22-682
LT Case No. 2009-CA-003089

Decision filed January 10, 2023

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Robert T. Potchen, Lake City, pro se.

Ralph W. Confreda, Jr., and William
Grimsley, of McGlinchey Stafford, PLLC,
Ft. Lauderdale, for Appellee, U.S. Bank
Trust National Association, As Trustee
for Residential Funding Mortgage
Securities I, Inc., Mortgage Pass-
Through Certificates, Series 2007-S9.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.